UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRADLEY AND KATHY CAIN | * | CIVIL ACTION NO. 12-1913 |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| CHRISTOPHER COLUMBUS | * | |
| CONDOMINIUMS, STRATA #17, | * | MAG. DIV. 2 |
| AND BRITISH CAYMANIAN | * | |
| INSURANCE CO. LTD. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Full and Final Motion to Dismiss With Prejudice (Rec. Doc. 10);

**IT IS ORDERED** that the claims of plaintiffs, Bradley and Kathy Cain, be and are hereby **DISMISSED**, **with prejudice**, as to all defendants with each party to bear their own costs.

**This is a full and final dismissal of all claims against all defendants.**

New Orleans, Louisiana, this  28th  day of _____January_____, 2013.

_____
United States District Judge